UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH EDUARDO,

                          Plaintiffs,          **AFFIDAVIT OF SERVICE**
                                                          OF SUMMONS AND COMPLAINT
                - against -

THE CITY OF NEW YORK and AMEC CONSTRUCTION
MANAGEMENT, INC., et al.                          08 CIV 6725

                          Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK) SS.:
    The undersigned, being duly sworn, deposes and says:

    Deponent is not a party herein, is over 18 years of age with a business address at 120 Broadway, New York, New York 10271.

    That on August 4, 2008 at 10:50 A.M./~~P.M.~~ at 100 Church Street, New York, NY 10007, deponent served the within **SUMMONS AND COMPLAINT** on: THE CITY OF NEW YORK

___ Individual    By delivering a true copy of each to said defendant personally. Deponent knew the person so served to be the person described as said defendant therein.

_x_ Corporation   A _municipal_ corporation, by delivering thereat a true copy of each to AMANADA GONZALEZ personally. Deponent knew said corporation so served to be the corporation in said **SUMMONS AND COMPLAINT** as said defendant and knew said individual to be the docketing clerk thereof.

___ Suitable Age Person   By delivering thereat a true copy of each to _____, a person of suitable age and discretion. Said premises is defendant's - actual place of business - dwelling place - usual place of abode within the state.

___ Affixing to Door, etc.   By affixing a true copy of each to the door of said premises, which is defendant's actual place of business - dwelling place - usual place of abode - within the state. Deponent was unable, with due diligence, to find defendant or a person of suitable age and discretion thereafter, having called there _____.

___ Mailing to Residence   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

___ Mailing to Business   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

___ Male   ___ White Skin   _x_ Black Hair   ___ White Hair   ___ 14-20 Yrs.   ___ Under 5'   ___ Under 100 Lbs.
_x_ Female   ___ Black Skin   ___ Brown Hair   ___ Balding   _x_ 21-35 Yrs.   ___ 5'0"-5'3"   _x_ 100-130 Lbs.
         ___ Yellow Skin   ___ Blond Hair   ___ Mustache   ___ 36-50 Yrs.   _X_ 5'4"-5'8"   ___ 131-160 Lbs.
         _x_ Brown Skin   ___ Gray Hair   ___ Beard   ___ 51-65 Yrs.   ___ 5'9"-6'0"   ___ 161-200 Lbs.
         ___ Red Skin   ___ Red Hair   ___ Glasses   ___ Over 65 Yrs.   ___ Over 6'   ___ Over 200 Lbs.
Other Identifying features: _____

USE IN NYC CIVIL
COURT - MILITARY
SERVICE    The words "CONSUMER CREDIT TRANSACTION" were properly displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case on the summons(es) pursuant to 22 NYCRR Section 208.6(d) and (f). I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above named. Upon information and belief, I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal Statutes.

SWORN TO BEFORE ME THIS
4th day of August, 2008

_Dylene Schifanello_        DYLENE SCHIFANDO      _Kenneth Graham_
Notary Public               Commissioner of Deeds     KENNETH GRAHAM
                       No. 5-1402                License No: 0980098
                       Certificate Filed in New York County
                       Commission Expires June 19, 10/1/09